

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2020

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK** d/b/a BBVA Compass,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On May 24, 2019, this court abated this appeal after appellant Colleen T. Brady filed a notice that she is in bankruptcy. On April 14, 2020, appellee Compass Bank d/b/a BBVA Compass filed a notice that the bankruptcy court has terminated the automatic stay as to this appeal. Appellee attached the bankruptcy court's order to its notice. Accordingly, this appeal is reinstated. *See* TEX. R. APP. P. 8.3(a). Appellant's brief is due no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court